IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02538-REB-KLM

JERRY CUNNINGHAM,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, d/b/a One Travelers Property and Casualty Companies, and
THE TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Scheduling Order Regarding Exemplary Damages** [Docket No. 22; filed February 21, 2008] (the "Motion").

    Plaintiff moves this Court to amend the Scheduling Order [Docket No. 18; filed February 6, 2008] to extend the deadline in which to file an amended complaint to May 17, 2008. The current deadline to file an amended complaint is set for March 17, 2008. As grounds, Plaintiff states that he requires additional information from Defendants' depositions and discovery responses in order to support an additional claim for exemplary damages. Defendants argue that they have provided the requested discovery, and that Plaintiff does not need information from the depositions in order to support a claim for exemplary damages [Docket No. 27].

    In light of the fact that the discovery deadline does not expire until July 15, 2008, and that the trial in this case is not set until March 2, 2009, the Court finds that allowing an extension of time for Plaintiff to file an Amended Complaint will not unduly burden the Defendant nor unreasonably slow the resolution of this Case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadline to file an Amended Complaint will be extended to **May 17, 2008**.

Dated: March 13, 2008