IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02538-REB-KLM

JERRY CUNNINGHAM,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, d/b/a One Travelers Property and Casualty Companies, and
THE TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order and Deadlines for Motion to Amend** [Docket No. 48; filed May 14, 2008] (the "Motion).

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadline to file an Amended Complaint will be extended to **June 13, 2008**.

    IT IS FURTHER **ORDERED** that a telephonic status conference is set for **May 22, 2008 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The Parties are directed to conference together and call Chambers at (303)-335-2770 at the appointed date and time.

    Dated:    May 14, 2008