IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02538-REB-KLM

JERRY CUNNINGHAM,

      Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, d/b/a One Travelers Property and
Casualty Companies, and
THE TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

      Defendants.
_____

## MINUTE  ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Plaintiff's **Motion for Immediate Hearing and to Amend Scheduling Order Regarding Expert Disclosures** [Docket No.  73; Filed August 18, 2008] (the "Motion for Hearing") and Plaintiff's **Stipulated Motion to Amend Deadlines Regarding Experts** [Docket No. 75; Filed August 20, 2008] (the "Motion to Amend").

      IT IS HEREBY **ORDERED** that the Motion to Amend [Docket No. 75] is **GRANTED**. Accordingly, the deadline for expert disclosures shall be **September 30, 2008** and the deadline for rebuttal disclosures shall be **October 31, 2008**.

      IT IS FURTHER **ORDERED** that the Motion for Hearing [Docket No. 73] is **DENIED AS MOOT**.

      Dated:      August 21, 2008