IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02538-REB-KLM

JERRY CUNNINGHAM,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, d/b/a One Travelers Property and Casualty Companies, and
THE TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Scheduling Order (Discovery and Disclosure Deadlines)** [Docket No. 80; Filed September 18, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the deadline for expert disclosures shall be **October 7, 2008** and the deadline for rebuttal disclosures shall be **November 6, 2008.**

    IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's pending interrogatory on or before **September 30, 2008**.

    Dated:    September 26, 2008