**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

Civil Action No.: 07-cv-02538-REB-KLM         FTR - Reporter Deck - Courtroom C-204
                                              Byron G. Rogers United States Courthouse
**Date: November 6, 2008**                    Courtroom Deputy, Kathleen Finney
_____

JERRY CUNNINGHAM,                             Keith E. Frankl

    **Plaintiff(s),**

v.

THE STANDARD FIRE INSURANCE COMPANY,          Kevin F. Amatuzio
  doing business as one of the Travelers    Paul R. Flick
  Property and Casualty Companies, and
THE TRAVELERS PROPERTY AND CASUALTY
  COMPANY OF AMERICA,

    **Defendant(s).**
_____
**COURTROOM MINUTES / MINUTE ORDER**
_____

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session: 9:33 a.m.**
Court calls case. Appearance of counsel.


**It is ORDERED:** The proposed Final Pretrial Order is not approved;
The parties shall submit a REVISED Final Pretrial Order, as directed in Court, **on or before December 12, 2008.**

**It is ORDERED:** Plaintiff's Motion to Compel Compliance with Court Orders [Docket No. 90, filed 10/6/08] is **DENIED.** Defendants have complied with the Court Orders and have produced all reserve information and all claim notes.

**It is ORDERED:** Plaintiff's Motion to Quash Subpoena and Motion for Protective Order [Docket No. 92, filed 10/8/08] is **GRANTED IN PART and DENIED IN PART.** To the extent that this motion relates to any information in the CPA's file *other than* information that goes to the Plaintiff's rental income, the motion is **GRANTED; it is DENIED** to the extent that it relates to

information in the CPA's file regarding rental income and tax returns for rental income.

Plaintiff's Motion for Partial Summary Judgment Pursuant to Fed.R.Civ.P. 56 Upon Defendants' Affirmative Defenses [Docket No. 95, filed 10/10/08] will be **RULED UPON** by The Honorable Robert E. Blackburn.

**It is ORDERED:** Plaintiff's Motion to Amend Scheduling Order Regarding Amendment of Pleadings [Docket No. 96, filed 10/14/08] is **GRANTED.**

**It is ORDERED:** Plaintiff's Motion to Compel Answers and for Sanctions Regarding Fed.R.Civ.P. 30(b)(6) Depositions of Defendants [Docket No. 103, filed 10/15/08] is **HELD IN ABEYANCE** until the Court has an opportunity to read the Defendants' Response, which will be filed tomorrow, November 7, 2008.

Court reminds Defendants to insert a letter for each exhibit listed on their Exhibit Lists.

Court suggests parties confer regarding dispute as to preservation depositions. This should be addressed in the Revised Final Pretrial Order.

Any extension of the deadline to file Rule 702 motions, pursuant to Judge Blackburn's Trial Preparation Conference Order [Docket No. 16; Filed February 6, 2008], must be sought by motion.

HEARING CONCLUDES.

**Court in recess: 9:55 a.m.**
Total In-Court Time: 00:25.

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.